UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 3:09CV142(MRK) |
| | : | |
| PATRICIA DIDIO, a/k/a | : | |
| P.D. DIDIO, PATRICIA D. DIDIO, | : | |
| PATRICIA DORIAN DIDIO, | : | |
| | : | |
| Defendant. | : | |

## ORDER

According to the record before the Court, the Defendant was served with Plaintiff's Complaint [doc. # 1] on February 25, 2009, but no party has taken any action in this case since that date. Given the Defendant's failure to appear or to file an answer, the Court directs the Plaintiff to move for entry of a default pursuant to *Federal Rule of Civil Procedure* 55(a) **on or before May 25, 2009**. Failure to do so will result in the Court dismissing the case for failure to prosecute the action on May 26, 2009. *See* D. Conn. L. Civ. R. 41(a).

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: April 24, 2009.**